AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

FEB 09 2017

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Evelyn PEREZ-Sauceda | ) | Case No. M-17-0260-M |
| YOB: 1982  Citizenship: Mexican | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 8, 2017__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute Cocaine |
| 21 U.S.C. § 952 | Illegal Importation of Cocaine |

This criminal complaint is based on these facts:
On February 8, 2017, Evelyn PEREZ-Sauceda was detained attempting to enter the United States through the Anzalduas, Texas Port of Entry with approximately 28.32 kilograms of a substance that field-tested positive for cocaine concealed inside a hidden compartment in the floor of the vehicle she was driving.
SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

*Complainant's signature*

Ana Aguilera , U.S., HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/9/2017

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Dorina Ramos
*Printed name and title*

Attachment A

On February 8, 2017, at approximately 10:46 A.M, Evelyn PEREZ-Sauceda, the driver of a 2008 Honda Odyssey bearing Mexican license plates (XLG2269), presented herself for inspection at the Anzalduas, Texas Port of Entry. CBP Canine Enforcement Officer, along with canine "Mike CK-69," were conducting primary roving and received a canine alert.

The primary Customs and Border Protection Officer (CBPO) was notified of the canine alert, and he then referred PEREZ-Sauceda for a Non- Intrusive Inspection (NII). The NII revealed anomalies in the front passenger floor board area of the vehicle.

Inspection of PEREZ-Sauceda's vehicle resulted in the discovery of twenty (20) bundles of cocaine, weighing approximately 28.32 kilograms, concealed within a non-factory compartment of the vehicle.

In a post Miranda statement, PEREZ-Sauceda stated to HSI Special Agent and Task Force Officers that she is the owner of the vehicle and has been using the vehicle for approximately three to four months. PEREZ-Sauceda further stated that she is the only person that uses the vehicle. PEREZ-Sauceda was notified that CBPOs had discovered narcotics in her vehicle. Initially, PEREZ-Sauceda denied having any knowledge of the narcotics found in her vehicle. After a brief interview, PEREZ-Sauceda stated that one of her cousins had instructed her to cross the vehicle to the United States. PEREZ-Sauceda admitted that she was aware that there were drugs on the vehicle, but she stated that she was not aware the type or amount of the narcotic. PEREZ-Sauceda further stated that her cousin recruits drivers to cross narcotics into the United States.

PEREZ-Sauceda was arrested and charged with violations of 21 U.S.C § 841 and 952.